IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA   :
            :
    v.      :   CRIMINAL ACTION
            :   NO. 19-266
CHRISTOPHER EDWARDS   :
            :

# O R D E R

**AND NOW**, this 9th day of July, 2021, upon review of Defendant's *pro se* Motion for

Compassionate Release, and the government's response thereto, it is hereby **ORDERED** that

Defendant's Motion for Compassionate Release (Docket No. 34) is **DENIED**.



**BY THE COURT:**



*/s/ Jeffrey L. Schmehl*
Jeffery L. Schmehl, J.